134 P.3d 637

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

Underwood v. Colley ............ 26843    05/17/2006  Granted